# Levin-Epstein & Associates, P.C.

1 Penn Plaza
Suite 2527
New York, NY 10119
Main: (212) 792-0046
Facsimile: (212) 563-7108
Joshua@levinepstein.com

April 3, 2017

*Via ECF*

Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Campbell v. Drink Daily Greens, LLC
        <u>Civil Action No. 1:16-cv-07176</u>

Dear Senior Judge Glasser:

  This office represents the plaintiff in the above-referenced action. On March 30, 2017, defendant filed a motion to dismiss. Part IV of your Honor's Individual Rules require that the parties arrange their own briefing schedule and submit it to the Court to be endorsed. At no point has this office been contacted by defendant's counsel to arrange a briefing schedule.

  I therefore intend to contact counsel for defendant later today so that a briefing schedule can be established and submitted to the Court to be endorsed. Thank you.

          Very truly yours,

          /s Joshua Levin Epstein
          Joshua Levin-Epstein

cc: *Via ECF*
   Defendant's Counsel