UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
GERARD CAMPBELL,

                        Plaintiff,

                                                                       JUDGMENT
                                                                       16-CV-7176 (ILG)(PK)
          v.

DRINK DAILY GREENS, LLC,

                        Defendant.
------------------------------------------------------------------------X

       A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on September 4, 2018, granting Defendant's motion to dismiss the Second Amended Complaint; and dismissing this action with prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss the Second Amended Complaint is granted; and that this action is dismissed with prejudice.

| | |
|---|---|
| Dated: Brooklyn, NY<br>September 5, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>       Deputy Clerk |