# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Amit Rana, Esq.**
rana@braunhagey.com

October 30, 2018

<u>**VIA ECF**</u>

Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>***Campbell v. Drink Daily Greens, LLC*, Case No. 1:16-cv-07176 (E.D.N.Y)**</u>

Your Honor:

    Our office represents Drink Daily Greens, LLC in the above captioned matter. Consistent with Rule IV.B of Your Honor's Individual Rules, the parties have met and conferred and jointly propose the following briefing schedule for Drink Daily Greens' Rule 11 Motion.

| | |
|---|---|
| Deadline to file Rule 11 Motion: | November 2, 2018 |
| Deadline to file any Response: | November 23, 2018 |
| Deadline to file Reply in Support of Motion: | December 7, 2018 |

Respectfully submitted,

*/s/ Amit Rana*

Amit Rana

**San Francisco**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square, 27th Floor
New York, NY 10036
Tel. & Fax: (646) 829-9403