**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERARD CAMPBELL, individually on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>DRINK Daily Greens, LLC, a Delaware limited liability company,<br><br>   Defendant. | Case No. 1:16-cv-07176-ILG-PK<br><br>**DEFENDANT DRINK DAILY GREENS, LLC'S [PROPOSED] ORDER GRANTING MOTION TO SANCTION PLAINTIFF AND HIS LAWYERS PURSUANT TO FRCP RULE 11** |

The Court having reviewed all materials submitted in support of and in opposition to Defendant Drink Daily Greens, LLC's Motion to Sanction Plaintiff and his lawyers pursuant to Federal Rule of Civil Procedure 11 and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby GRANTS Defendant's Motion as follows:

    1.    Plaintiff and his lawyers shall pay all of Daily Greens' attorney's fees and costs in the amount of $_____.

**IT IS SO ORDERED**.

Dated: _____, 2018

                                                                                           Honorable I. Leo Glasser
United States District Judge