UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARD CAMPBELL, individually on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>DRINK Daily Greens, LLC, a Delaware limited liability company,<br><br>   Defendant. | Case No. 1:16-cv-07176-ILG-PK<br><br>**DECLARATION OF J. NOAH HAGEY, ESQ. IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO SANCTION** |

J. Noah Hagey, Esq.
Matthew Borden, Esq. (*pro hac vice*)
Amit Rana, Esq. (*pro hac vice*)
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel./Fax: (646) 829-9403
hagey@braunhagey.com
borden@braunhagey.com
rana@braunhagey.com

*Attorneys for Defendant*
*Drink Daily Greens, LLC*

I, J. Noah Hagey, Esq., declare as follows:

1. I am licensed to practice before this Court and am counsel of record for Defendant Drink Daily Greens, LLC ("Daily Greens"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Proof of Service showing that Daily Greens' Motion for Sanctions was served on Plaintiff on March 30, 2017.

3. I am familiar with, and responsible for, my firm's billing practices and its billing in this matter. Drink Daily Greens has incurred approximately $11,200 in filing the present reply brief and accompanying declaration. This amount is in addition to the reasonable attorneys' fees detailed in my November 2, 2018 Declaration. (Dkt. 51-1.)

4. Pursuant to the standard practice of my firm, all of the time spent by our attorneys was recorded on an hourly basis in 6-minute intervals. In accordance with our firm's standard practice, I wrote off any time that I believed was not efficiently spent, including time I believe was spent unnecessarily or duplicatively. I also wrote off time spent by lawyers on tasks that might be considered administrative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 7, 2018

J. Noah Hagey