# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERARD CAMPBELL, individually on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>DRINK Daily Greens, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 1:16-cv-07176-ILG-PK<br><br>**PROOF OF SERVICE** |

I, Katie Kushnir, not a party to the within actions, hereby declare that on March 30, 2017, I served the following documents:

1. **MOTION TO SANCTION PLAINTIFF AND HIS LAWYERS PURSUANT TO FRCP RULE 11**
2. **DECLARATION OF J. NOAH HAGEY, ESQ. IN SUPPORT OF MOTION TO SANCTION PLAINTIFF AND HIS LAWYERS PURSUANT TO FRCP RULE 11**
3. **DECLARATION OF SHAUNA MARTIN IN SUPPORT OF MOTION TO SANCTION PLAINTIFF AND HIS LAWYERS PURSUANT TO FRCP RULE 11**

on the parties listed below by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at San Francisco, California, addressed as follows:

| | |
|---|---|
| Joshua Levin-Epstein, Esq.<br>Levin Epstein & Associates, P.C.<br>1 Penn Plaza, Suite 2527<br>New York, NY 10119<br>Email: Joshua@levinepstein.com | Spencer Sheehan, Esq.<br>891 Northern Blvd, Suite 201<br>Great Neck, NY 11021<br>Email: Spencer@spencersheehan.com |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed at San Francisco, California, this 30th day of March, 2017.

1

| | |
|---|---|
| Katie Kushnir | /s/ Katie Kushnir |